A96A0269. McNATT et al. v. COLONIAL PACIFIC LEASING CORPORATION et al.
(491 SE2d 434)

Judge Harold R. Banke.

In *Colonial Pacific Leasing Corp. v. McNatt*, 268 Ga. 265 (486 SE2d 804) (1997), the decision of this Court in *McNatt v. Colonial Pacific Leasing Corp.*, 221 Ga. App. 768 (472 SE2d 435) (1996) was affirmed in part and reversed in part. Accordingly, our original judgment in that case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed in part and reversed in part. McMurray, P. J., and Ruffin, J., concur.*

DECIDED AUGUST 19, 1997.

*Rumsey & Ramsey, Austin L. Ramsey III*, for appellants.

*Savell & Williams, William E. Turnipseed, Lamberth, Bonapfel, Cifelli, Willson & Stokes, Carter L. Stout, Bodker, Ramsey & Andrews, Stephen C. Andrews*, for appellees.